United States Court of Appeals
Fifth Circuit

**F I L E D**

**October 22, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-50217
Conference Calendar

_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

WILLIAM RAY PHILLIPS, II, also known as William Ray Phillips,

                              Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. W-02-CR-117-1
--------------------

Before KING, Chief Judge, and JOLLY and STEWART, Circuit Judges.

PER CURIAM:[*]

     The attorney appointed to represent William Ray Phillips on appeal has requested leave to withdraw and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967). Phillips has received a copy of counsel's motion but has not filed a response.

     Our independent review of the brief and the record discloses no non-frivolous issues for appeal.  Counsel's motion for leave

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

to withdraw is granted, counsel is excused from further responsibilities, and the appeal is dismissed.

MOTION TO WITHDRAW GRANTED; APPEAL DISMISSED.